COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In the Interest of K.C.F., M.L.M., L.M.M., and A.G.M., minor children

Appellate case number:  01-13-01078-CV

Trial court case number:  2012-L5692

Trial court:  County Court at Law of Austin County, Texas

      This is an accelerated appeal. *See* TEX. FAM. CODE ANN. § 263.405(a) (West Supp. 2013); TEX. R. APP. P. 28.4(a). The Court has been notified that the trial court has deemed appellant indigent and has appointed counsel to represent appellant in the underlying case. Therefore, appellant is presumed to remain indigent for purposes of appeal and may proceed without advance payment of costs. *See* TEX. FAM. CODE ANN. § 107.013(e) (West Supp. 2013); TEX. R. APP. P. 20.1(a)(3).

      The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

      It is further **ORDERED** that the district clerk file with this Court, in accordance with Texas Rule of Appellate Procedure 35.1(b) and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k), 34.5(a), 35.1(b), 35.3(a).

      It is further **ORDERED** that the court reporter file with this Court, in accordance with Texas Rule of Appellate Procedure 35.1(b) and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k), 34.6, 35.1(b), 35.3(b).

      Appellant's brief is **ORDERED** filed with this Court within 20 days of the date the complete record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 20 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

      It is so ORDERED.

Judge's signature:  /s/ Laura C. Higley

                          ☑ Acting individually      ☐ Acting for the Court

Date:   January 14, 2014